# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

MICHAEL GRECCO          Plaintiff(s),
PRODUCTIONS, INC.

-v-                                                    Case No.  3:16-CV-1335-J-34-PDB

RGB VENTURES, LLC,

                        Defendant(s)

### MEDIATION REPORT

 In accordance with the Court's mediation order(s), a mediation conference was held on
December 6         , 20 _17_ , and the results of that conference are indicated below:

 (a) The following individuals, parties, corporate representatives, and/or claims
professionals attended and participated in the mediation conference, and each
possessed the requisite authority:

  ☑ All individual parties and their respective trial counsel.
  ☑ Designated corporate representatives.
  ☑ Required claims professionals.

 (b) The following individuals, parties, corporate representatives, and/or claims
professionals failed to appear and/or participate as ordered:

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

(c)     The outcome of the mediation conference was:

☐       The case has been completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

☐       The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____

☐       The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled tri`l date. Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

☑       The parties have reached an impasse.

**Done this** 6th_____ day of December_____, 20 17_, in
Orlando_____, Florida.

_____
Signature of Mediator

Jackson O. Brownlee_____
Name of Mediator

Beusse Wolter Sanks & Maire, Pl

390 N. Orange Ave., Ste. 2500
Mailing Address

Orlando_____          FL___
City                                                      State

32801_____   407 - 926 - 7702
Zip                              Telephone Number