# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RGB VENTURES, LLC, <br><br> Defendant. | **Case No.: 3:16-CV-01335-MMH-PDB** |

## DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, RGB Ventures, LLC, hereby offers to allow Judgment to be entered against them in this action for the total amount of $500,000.00 (five hundred thousand dollars and zero cents). This shall be the total amount paid by Defendant to Plaintiff on account of any and all liability claimed in this action, including all costs of suit and attorney's fees recoverable in this action by the Plaintiff.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is intended to compromise a disputed claim. It is not to be construed as an admission of liability by the Defendant, or any employee or agent of RGB Ventures, LLC; nor is it an admission that Plaintiff has suffered any damages. If Plaintiff does not accept this offer, they may be obligated to pay Defendant's costs incurred after the making of this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

Acceptance of this offer of judgment will act to release and discharge Defendant, RGB Ventures, LLC, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action.

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs and attorneys' fees recoverable by Defendants.

Respectfully submitted,

                        LYDECKER DIAZ, LLC
                        *Attorneys for Defendant*
                        1221 Brickell Avenue, 19th Floor
                        Miami, Florida 33131
                        Tel: (305) 416-3180
                        Fax: (306) 416-3190

      By:   */s/ Stephen Hunter Johnson*
              STEPHEN HUNTER JOHNSON
              Florida Bar No. 12362
              shj@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2018, I served the foregoing document to counsel for Plaintiff via electronic mail.

      By:   */s/ Stephen Hunter Johnson*
              STEPHEN HUNTER JOHNSON

**SERVICE LIST**
Karen C. Kline, Esq.
Steven M. Cowley, Esq.
Julian A. Jackson-Fannin, Esq.
DUANE MORRIS LLP
5100 Town Center Circle, Suite 650
Boca Raton, FL 33486
KCKline@duanemorris.com
SMCowley@duanemorris.com
JJFannin@duanemorris.com
*Attorneys for Plaintiff*