# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:16-cv-01335-MMH-PDB

MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiff,

vs.

RGB VENTURES, LLC,

    Defendant.
_____/

## RECEIPT

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 IN THE ABOVE-REFERENCED CASE FROM DUANE MORRIS LLP.

**LYDECKER DIAZ, LLC**

By: _/s/_                   Date: 1/31/18

Print Name: Jessica Falu